## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Special Agent Eric D. Poalino, having been sworn, state:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since June 2021. I am currently assigned to the Boston Field Office, North Shore Gang Task Force ("FBI Task Force" or "NSGTF"). The primary mission of the FBI Task Force is to identify, investigate, disrupt, and dismantle violent criminal organizations operating in cities north of Boston. My responsibilities include the investigation of possible violations of federal law, including illegal possession/transfer of firearms, firearms trafficking, narcotics trafficking, and violent crimes involving firearms and narcotics trafficking. I have received training and experience in various aspects of criminal law and procedure, including electronic and physical surveillance, interrogations, stops, searches, seizures, and arrests for a variety of criminal offenses. Through my training, knowledge, and experience, I have become familiar with the habits, methods, routines, practices, and procedures commonly employed by persons engaged in the use and trafficking of illegal firearms and narcotics, including persons involved in criminal organizations. My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.

2. All dates, time and amounts set forth in this affidavit are approximate. Because this affidavit is being submitted for the limited purpose of securing the requested criminal complaint, I have not included each and every fact known to me concerning this investigation.

### I.  PURPOSE OF AFFIDAVIT

3. I make this affidavit in support of a criminal complaint charging JOSHUA MORALES (dob: xx/xx/1994) with violating 21 U.S.C. § 841(a)(1) (possession of a controlled substance with intent to distribute) on August 28, 2025.

1

**II.     PROBABLE CAUSE**

4. On August 28, 2025, investigators established surveillance in the vicinity of Cambridge Street in Methuen, MA. At approximately 3:38 pm, JOSHUA MORALES was observed in a white Toyota Prius bearing NH registration 5532505. Investigators maintained physical surveillance as it traveled and eventually stopped at 18 Carleton Street, Methuen, MA. Through the course of an FBI investigation prior to August 28, 2025, investigators were aware that drugs were being manufactured and distributed from 18 Carleton Street.

5. MORALES was observed walking to the rear right door of 18 Carleton Street before he appeared to wait. At this point, investigators lost sight of him for several minutes. Shortly thereafter, MORALES was seen leaving 18 Carleton Street and reentering his Prius carrying an orange bag. MORALRES walked back to his vehicle and entered the driver's seat. Physical surveillance was maintained on the Prius which traveled to a parking area in the vicinity of 145 Lawrence Street, Lawrence, MA.

6. Once MORALES parked the Prius, investigators approached and identified themselves as law enforcement. MORALES was detained and approximately $8,180 was found in his pocket. Investigators observed an orange bag on the floor in the rear of the vehicle consistent with the bag MORALES was seen with when he departed 18 Carleton Street. Investigators opened the bag and discovered approximately 10,000 pills, which are suspected to be counterfeit Percocet pills containing fentanyl. MORALES was placed under arrest and was taken into state custody. The 10,000 pills weighed approximately 1,169 grams and are pending chemical analysis.[1]

---

[1] Investigators fielded tested the drugs with a TruNarc Analyzer which yielded inconclusive results. In my experience, the nature of counterfeit pills frequently yields inconclusive results on the TruNarc analyzer, though they later in fact test positive for fentanyl

Photographs of the bags containing the Percocet pills seized from MORALES's vehicle at the time of the arrest follows:



and/or methamphetamine at the laboratory. Based on my training and experience and the circumstances of this case, I believe that the pressed pills seized from MORALES' vehicle contain fentanyl and potentially other controlled substances.



7.       Following the arrest of MORALES, investigators returned to 18 Carleton Street. Investigators secured the scene and later that evening obtained federal search warrants for the second and third floor of 18 Carleton Street. While executing the warrant, investigators located the following throughout third floor apartment:

   a. An automatic pill press;

   b. At least 16.5 kilograms of suspected pressed methamphetamine and fentanyl pills; investigators have field tested a portion of the suspected controlled substances that were seized with one positive result for methamphetamine and

inconclusive results on other items.[2] Based on my training and experience, I believe that the pressed pills seized during this search contain fentanyl and/or methamphetamine, and potentially other controlled substances.

    c. Respirators, blenders, and other drug manufacturing equipment;

    d. Numerous large bags, bowls, and containers containing suspected cutting agents and dyes

8. Based on my training and experience, I believe that the third-floor apartment and the closet were being used to manufacture counterfeit pharmaceutical pills using methamphetamine and fentanyl.

9. Full analysis of the items seized during the arrest and search warrant is ongoing. Photographs of some of the items recovered during the search are depicted below:

---

[2] At the time of the submission of this affidavit, the suspected drug items are still being weighed.







### III. CONCLUSION

10. Based on the foregoing, there is probable cause to believe that on August 28, 2025, JOSHUA MORALES possessed controlled substances with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1).

Sworn to under the penalties of perjury by telephone.

*Eric D. Poalino /by Paul G. Levenson*
Special Agent Eric D. Poalino
Federal Bureau of Investigation

Electronically sworn to and subscribed telephonically in accordance with Federal Rule of Criminal Procedure 4.1 on \_\_\_\_August 29, 2025\_\_\_\_, 2025.

Hon. Paul G. Levenson
United States Magistrate Judge