JS 45 (5/97) - (Revised...)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __II__    Investigating Agency __FBI__

City __Methuen__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number __25-MJ-8421, 8422-PGL__

R 20/R 40 from District of _____

**Defendant Information:**    Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    Yes ☐  No ☑

Defendant Name __JOSHUA MORALES__    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar? ☐ Yes  ☑ No

Alias Name: _____

Address: __Lawrence MA__

Birth date (Yr only): __1994__    SSN (last 4#): __1841__    Sex: __M__    Race __Hispanic__    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__    Bar Number if applicable: __679138__

Interpreter: ☐ Yes  ☑ No    List language and/or dialect: _____

Victims: ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☑ No

Matter to be SEALED: ☐ Yes  ☑ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

Location Status: __Essex County HOC__

Arrest Date: __8/28//2025__

☐ Already in Federal Custody as of _____ in _____ .

☑ Already in State Custody at __Essex County HOC__    ☐ Serving Sentence    ☑ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty ___    ☐ Misdemeanor ___    ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __8/29/2025__    Signature of AUSA: *Philip A. Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSHUA MORALES
_____

<b>U.S.C. Citations</b>

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 841(a)(1) | Possession of a Controlled Substance with Intent to Distribute | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013